Patrick J. Gibbs, Esq., Bar No. 143673
pgibbs@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California  90831-2700
(562) 983-2500

John P. Pearson, Esq., Bar No. 215722
jpearson@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
501 West Broadway, Suite 2060
San Diego, California  92101
(619) 908-1101 / (619) 487-0171 Fax

Attorneys for Defendant,
HOBBY LOBBY STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNIFER JORDAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOBBY LOBBY STORES, INC. AND DOES 1 TO 20, INCLUSIVE,<br><br>    Defendants. | Case No.<br>Underlying Case No. 21AVCV00430<br>[Los Angeles Superior Court]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332, 1441, 1446 (DIVERSITY) AND DECLARATION OF KATHERINE M. HARWOOD, ESQ.**<br><br>Complaint Filed:     May 26, 2021 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant, HOBBY LOBBY STORES, INC.

1

("Defendant"), an Oklahoma corporation, hereby removes this action from Superior Court of the State of California, County of Los Angeles to the United States District Court for the Central District of California, Western Division pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 on the basis of diversity.

## INTRODUCTION

1.  On or about May 26, 2021, plaintiff JENNIFER JORDAN ("Plaintiff") commenced this action by filing a complaint in the Superior Court of the State of California, County of Los Angeles, Antelope Valley Courthouse, entitled *Jennifer Jordan v. Hobby Lobby Stores, Inc. and Does 1 to 20,* Case No. 21AVC00430. Plaintiff alleges two causes of action for general negligence and premises liability arising out of a slip and fall accident that occurred on June 7, 2019, in the County of Los Angeles, in Palmdale, California.

2.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served to date on Defendant in this action are attached hereto, collectively, as **Exhibit A.**

3.  The Complaint was served on Defendant on July 21, 2021. On or about August 19, 2021, Defendant filed an Answer to the Complaint in state court. The basis for removal was not clear from the allegations of the initial Complaint. (Harwood Dec., ¶ 5.)

4.  On December 6, 2021, Plaintiff served a Statement of Damages pursuant to *Code of Civ. Proc.* § 425.11, claiming damages in excess of $2,047,000.00. (See **Exh. B**.) This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) because it is being made within thirty (30) days after service of the Statement of Damages, which is the first paper from which it could first be ascertained that this case is one which is removable. (Harwood Dec., ¶ 6.)

5.  This Notice of Removal is also timely under 28 U.S.C. § 1446(b) since it is being filed within one (1) year of the commencement of this action.

///

## BASIS FOR REMOVAL

6. At the time of filing her Complaint, Plaintiff was a resident and citizen of the State of California, County of Los Angeles. (Harwood Dec., ¶ 3.)

7. Defendant is a citizen of the State of Oklahoma, as both its place of incorporation and principal place of business are in Oklahoma. (Id. at ¶ 4.)

8. There are no other named defendants or plaintiffs in this action to Defendant's knowledge. The defendants identified as "Does 1 through 50" in Plaintiff's Complaint are merely fictitious parties against whom no cause of action is alleged.

9. The amount in controversy exceeds $75,000. According to her Statement of Damages, she claims damages in excess of $2,047,000.00. (Id. at ¶ 2.)

10. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which many be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because Plaintiff has alleged various damages in excess of $2,047,000.00. (Harwood Dec., ¶ 2-4.)

11. Thus, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal of this action from the Superior Court of California, County of Los Angeles to the United State District Court for the Central District of California, Western Division is appropriate.

12. The removal of this action to this Court is proper under 28 U.S.C. § 1441(a) inasmuch as the Superior Court of the State of California, County of Los Angeles, where this action was originally filed, is located within this federal judicial district. Also, Plaintiff is a resident of the County of Los Angeles in the State of California. (Harwood Dec., ¶ 3.)

13. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

14. Counsel for Defendant hereby certifies that they will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California,

County of Los Angeles, as required by 28 U.S.C. § 1446, and give notice of same to Plaintiff.

15. No previous application for the relief sought herein has been made to this Court or any other Court.

**WHEREFORE,** Defendant hereby removes this action from the Superior Court of the State of California, County of Los Angeles to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Dated: December 29, 2021

                    FORD, WALKER, HAGGERTY & BEHAR

                    BY: _____
                    PATRICK J. GIBBS
                    KATHERINE M. HARWOOD
                    JOHN P. PEARSON
                    Attorneys for Defendant,
                    HOBBY LOBBY STORES, INC.

## DECLARATION OF KATHERINE M. HARWOOD, ESQ.

I, Katherine M. Harwood, declare as follows:

1. I am an attorney duly authorized and licensed to practice before this court, as well as all courts of the State of California. I am an attorney with the law firm of Ford, Walker, Haggerty & Behar, counsel of record for defendant HOBBY LOBBY STORES, INC. ("Hobby Lobby" or "Defendant") in the above-captioned matter. The information stated herein is true and correct and of my personal knowledge, unless stated on information and belief. If called as a witness, I could and would testify competently to the matters declared herein.

2. In her Statement of Damages, filed and served on December 6, 2021, plaintiff JENNIFER JORDAN ("Plaintiff") seeks damages in excess of $2,047,000 in this case. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Statement of Damages served in this case.

3. According to information obtained form Plaintiff, she resides Lancaster, California in the County of Los Angeles. I am informed and believe she has been a citizen of the State of California at all relevant times, from the date of the incident up to and including the time she filed her Complaint.

4. Hobby Lobby Stores, Inc. is incorporated in Oklahoma with its principal place of business in Oklahoma City, OK.

5. The Complaint was served on Defendant on July 21, 2021. On or about August 19, 2021, Defendant filed an Answer to the Complaint in state court. The basis for removal was not clear from the allegations of the initial Complaint.

6. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) because it is being made within thirty (30) days after service of the Statement of Damages, which is the first paper from which it could first be ascertained that this case is one which is removable.

7. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served to date on Defendant in this action are attached hereto,

collectively, as **Exhibit A.**

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed December 13, 2021, in London, England.

_____
Katherine M. Harwood, Declarant

NOTICE OF REMOVAL TO FEDERAL COURT

**PROOF OF SERVICE BY MAIL – F.R.Civ.P. 5)**
*DOCUMENTS FILED ELECTRONICALLY*
JORDAN V. HOBBY LOBBY
File No: 34321 002

UNITED STATES DISTRICT COURT )
)
CENTRAL DISTRICT OF CALIFORNIA )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California 90831-2700.

On December 29, 2021 , I served the within: NOTICE OF REMOVAL TO FEDERAL COURT on the interested parties in said action,

____ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP5(b);

___ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage fully prepaid to the following;

_X_ (BY ELECTRONIC SERVICE) I caused such document to be Electronically Served on all parties through the **United States District Court – Central District** for the above-entitled case. This service complies with CCP §1010.6. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

_X_ (BY ELECTRONIC SERVICE - EMAIL) I caused a true copy of the foregoing document(s) to be transmitted by email to each of the parties designated herein and as last given by that person on any document which he or she has filed in this action and served upon this office. Pursuant to California *Code of Civil Procedure* §1010.6, this office will use electronic mail for service purpose.

**SEE ATTACHED SERVICE LIST**

___ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

_X_ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_X_ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2021 at Long Beach, California.

Diana Boyadjian
Diana Boyadjian

NOTICE OF REMOVAL TO FEDERAL COURT

# SERVICE LIST

## JORDAN vs. HOBBY LOBBY STORES, INC.
### 34321-002

*Counsel for Plaintiff, Jennifer Jordan*
Mauro Fiore, Jr., Esq.
**LAW OFFICES OF MAURO FIORE, JR.**
136 E. Lemon Avenue
Monrovia, California 91016

Email: mfiore@fiorelegal.com; cvidal@fiorelegal.com
Phone: (626) 856-5856
Fax: (626) 386-5520