**EXHIBIT A**-7

**- DO NOT FILE WITH THE COURT -**
**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 626-856-5856 | FOR COURT USE ONLY |
|---|---|---|
| MAURO FIORE, JR.<br>LAW OFFICES OF MAURO FIORE, JR.<br>136 E. LEMON AVENUE<br>MONROVIA, CA 91016 | | |

ATTORNEY FOR (name): PLAINTIFF

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 420111 4TH STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LANCASTER, CA 93534
BRANCH NAME: ANTELOPE VALLEY COURTHOUSE

PLAINTIFF: JENNIFER JORDAN
DEFENDANT: HOBBY LOBBY STORES, INC.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 21AVCV00430

To (name of one defendant only): HOBBY LOBBY STORES, INC.
Plaintiff (name of one plaintiff only): JENNIFER JORDAN
seeks damages in the above-entitled action, as follows:

1. **General damages**  AMOUNT
   a. [X] Pain, suffering, and inconvenience ............................................. $ 2,000,000.00
   b. [ ] Emotional distress ................................................................. $ 0.00
   c. [ ] Loss of consortium ................................................................. $ 0.00
   d. [ ] Loss of society and companionship (wrongful death actions only) ............. $ 0.00
   e. [ ] Other (specify) .................................................................... $ 0.00
   f. [ ] Other (specify) .................................................................... $ 0.00
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses (to date) ....................................................... $ 47,000.00
   b. [X] Future medical expenses (present value) ......................................... $ UNKNOWN
   c. [ ] Loss of earnings (to date) ....................................................... $ 0.00
   d. [ ] Loss of future earning capacity (present value) ................................. $ 0.00
   e. [ ] Property damage .................................................................. $ 0.00
   f. [ ] Funeral expenses (wrongful death actions only) .................................. $ 0.00
   g. [ ] Future contributions (present value) (wrongful death actions only) ............. $ 0.00
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) .. $ 0.00
   i. [ ] Other (specify) .................................................................. $ 0.00
   j. [ ] Other (specify) .................................................................. $ 0.00
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of (specify) . $ 0.00
   when pursuing a judgment in the suit filed against you.

Date: 12/06/2021

MAURO FIORE, JR.
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)  Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Legal Solutions Plus

Code of Civil Procedure, §§ 425.11, 425.115

# PROOF OF SERVICE
## [C.C.P. Sections 1013a and 2015.5]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 136 E. Lemon Avenue, Monrovia, CA 91016.

On **December 6, 2021**, I served the following documents: **PLAINTIFF JENNIFER JORDAN'S RESPONSE TO DEFENDANT HOBBY LOBBY STORES, INC.' S REQUEST FOR STATEMENT OF DAMAGES,** on the interested parties to this action, by placing a true copy thereof in an envelope addressed as shown below, by the following means of service:

| | |
|---|---|
| Patrick J. Gibbs, Esq.<br>John P. Pearson, Esq.<br>FORD, WALKER, HAGGERTY & BEHAR<br>One World Trade Center, 27th Floor<br>Long Beach, CA 90831-2700<br>Tel.: (562) 983-2500<br>Email: patrick@fwhb.com<br>      jpearson@fwhb.com<br>      vkrotzer@fwhb.com | ***Counsel for Defendants:*** HOBBY LOBBY STORES, INC. |

[  ]   BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited within the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[XX]  **ONLY BY ELECTRONIC TRANSMISSION**. Only by e-mailing the document(s) to the person at the e-mail address(es) listed based on notice provided on March X, 2020 that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore only using electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after transmission.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on **December 6, 2021**, at Monrovia, California.

                              / S /
                    _____
                        CELINA VIDAL